Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Iowa_ District of _Polk County_

_Criminal_ Division

|  |  |
|---|---|
| **Brian Huckfeldt** _____ | ) Case No. _____ |
| _Plaintiff(s)_ | ) (to be filled in by the Clerk's Office) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
|  | ) |
|  | ) |
| **State of Iowa** _____ | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names. Do not include addresses here.)_ | ) |

**RECEIVED**
DEC 01 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Brian Andrew Huckfeldt |
| All other names by which you have been known: | |
| ID Number | 1007642 |
| Current Institution | Polk County Jail |
| Address | 1985 NE 51st PL |
| | Des Moines    Iowa    50313 |
| | *City*        *State*        *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | State of Iowa |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City*        *State*        *Zip Code* |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City*        *State*        *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

|  | | |
|---|---|---|
| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

|  | | |
|---|---|---|
| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to be free from illegal search and seizure, Right to privacy, DUE process Rights, Life, Liberty, Pursuit of Happiness, Free from cruel and unusual punishment, free from discrimination, Safety and sanitation Jail policy, PREA Policy, Hostile environment, Equal Protection, threats and Intimidation, torture, Abuse of discretion, Staff, Prosecutors and Judges Knowingly and diligently Donald J. Trump also. witness the Abuses to my Constitution and person. Attorneys also. LEO also.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? All of the Above, All personal freedoms, All Protections Provided by the Constitution, All Human, Civil And constitutional Violations.

I'm not Suing under Bivens. Suing merely pointing at issues.

(Police) I Suffer Crimes Also. Torture, Mental Abuse, Verbal Abuse, Sex Abuse, Sexual harassment, neglect of A dependent person, Abuses of Discretion. Violation of my Right to Liberty.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Under Color of Law the State of Iowa put me in jail to witness me be abused until the financial liability was so high that the federal government lets me out of the federal government study. This is no cause to apply law at all. Its A Scheme to defraud the federal government by torturing And Abusing me.

### III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X] Pretrial detainee    FECR366211

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)*    _____

### IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Bruce Huckfeldt SR has Sexually Abused me thru out my life.

Main Witnesses David Barbas, Annette Hitchcock, Darren Page Dr. Keller IMCC, Jaci Livingston. Dr. Tracy Thomas. Dallas sheriff Tom Petersen

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose. Lori Bachman,

Jailers — Zehr, Titus, Young, Erickson, Nikako, Matney, COOK

Bruce Huckfeldt SR Also harasses me in Polk Jail.

Polk Sheriffs, Tew, Houston, McHilon and Ashley Rangle

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

These have been near daily events for six years Strings

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have a disability. I have been locked up where No Crime Occurred in the eyes of the LAW, including this case FCC23662II. I have been discriminated Against.

My witnesses on PAGE 4 Witnessed All. Its BAD.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Bruce SR and Another Fury intentionally wrecked me on a motorcycle. I still to this date have not got an MRI. I've been in fights and got hurt, my nose broke, my hands broke, forced Shot of bloody Syringe Potential HIV, I went thru testing.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. SEnio

Remove the Cause of my Competency issue. Prosecute Bruce Huckfeldt And give me Lifetime Protection Order from him. Force him to comply with his NO Contact Order On me.

I've been tortured, Sexually Abused, Sexually harassed while in Custody and in this City, over A thousand Counts. Mostly by Bruce Huckfeldt Senior

Polk Jail - Two years total Jail Time in the last 6 years. 10 million.$ Bruce Huckfeldt SR's Life Time Sex Abuse On me while in this City 10 million$ Polk Courts Abuse of Discretion 1 million

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    Polk County the last 6 years,

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know    They have not Sustained 1 out of 60 plus
                                                        Grievances,

If yes, which claim(s)?    Unsure.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance? Polk County Jail On Paper, tablets and Appeals on Both

2.    What did you claim in your grievance? Got grievances and Complaints to Ombudsman, get them And SEE. Abuse. Mostly. Discrimination. Obstruction of Justice.

3.    What was the result, if any? None.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I wrote Appeals, wrote Police, Senators, Sherriffs, County Attorneys, Ombudsman, Presidents, Attorney General, the Courts State and federal. Called people too.    I tried My Best to Shut it down.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

Not Really

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Erickson, Young, Pernick, Titus
Zehr

I spoke to these Jailers often over the last year.
But during my other stays here also.
SGT. Willson, Boucher, Milani

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Its All discrimination on my disability and
An effort to defraud the Government and
to Abuse me As much as Possible without

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* Giving cause to Apply Law.

## VIII. Previous Lawsuits The Court File For FECR366291 Contains merit to dismis

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)     _____
    Defendant(s)    _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition   _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-19-2023

Signature of Plaintiff    *Brian Huckfeldt*

Printed Name of Plaintiff    Brian Huckfeldt

Prison Identification #    0083961Iowa    Polk Jail # 6076042

Prison Address    1985 NE 51st PL

City    Des Moines    State    Iowa    Zip Code    50313

### B.    For Attorneys

Date of signing:    Pro Se

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

*Attachment*

E-Filed 2020 may 22 2:52 P.M. Johnson –Clerk of District Court

IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

In the Matter of:                                    NO.

Brian A. Huckfeldt (DOC#6083961),                    Findings of Fact and Order Pursuant

Respondent,                                          to Iowa Code Section 229.13

ALLEGED TO BE SERIOUSLY
MENTALLY IMPAIRED.


A telephonic hearing in the above-entitled matter was held on the 22nd day of
May, 2020. The Court finds the contention that the Respondent is seriously mentally
impaired has been sustained by clear and convincing evidence, to wit:

1. JUDGEMENTAL CAPACITY:
   Based upon the testimony of Dr. Gary Keller, DO Staff Psychiatrist, Iowa
   Medical & Classification Center, and upon Dr. Keller's Physician's Report of
   Examination Pursuant to Section 229.10(2 filed May 21, 2020 ("Physician's
   Report), the Referee finds clear and convincing evidence has been
   presented in satisfaction of Iowa Code $229.12(3) that Respondent "lacks
   sufficient judgment to make responsible decisions with respect to the
   [Respondent's] hospitalization or treatment. " In re J.P., 574 N.W.2d 340,
   343 (Iowa 1998).

   Dr. Keller testified and reported that Respondent suffers from other
   specified psychotic disorder noting characteristics of schizophrenia and
   antisocial personality disorder, cannabis use disorder and amphetamine use
   disorder. Dr. Keller testified that Respondent has exhibited a worrying trend
   of increased volatility since December, 2019, and suffers from paranoid
   delusions of mind control and telepathy. Dr. Keller testified that Respondent
   has been noncompliant with his medications and treatment and lacks
   insight into his condition and judgmental capacity with regard to his
   treatment or hospitalization as a result of the paranoia and delusions
   symptomatic of his untreated mental illness.

   Respondent testified that he disputes his diagnosis. Respondent stated that
   is neither schizophrenic nor suffering from an antisocial personality
   disorder. Respondent endorsed a "knowledge of the neuronetwork" aka
   thought control or telepathy.

Based Upon the Physician's Report and the testimony of Dr. Keller, the Referee finds clear and convincing evidence that the Respondent's mental health condition, untreated, is preventing Respondent from insight into his own condition or judgmental capacity to make reasonable decisions for his own care.

2. Treatability:

Dr. Keller testified that Respondent's mental illness is treatable through a program of antipsychotic medication.

3. Dangerousness:

Dr. Keller testified that Respondent's untreated mental illness poses a danger of harm to Respondent and others if untreated. Respondent is delusional and paranoid, and has exhibited increasing aggression and irritability. Dr. Keller testified that Respondent assaulted a peer in December, 2019, and again on or about May 16, 2020. Dr. Keller also testified that Respondent's symptoms have likely been exacerbated by stress attendant to the current COVID-19 protocols in place with regard to the Respondent. Dr. Keller stated that Respondent has resisted wearing a mask despite having been exposed to an individual who later tested positive. Considering all the evidence presented, the Referee finds that clear and convincing evidence has been presented in satisfaction of Iowa Code§229.12(3) that Respondent, because of his illness, presents a risk of physically injuring himself and others if left untreated.

4. Mental Illness:

Dr. Keller testified that the Respondent has undergone a Psychiatric Examination pursuant to Iowa Code §229.14. The Psychiatric Examination has produced a diagnosis of other specified psychotic disorder with characteristics of schizophrenia and antisocial personality disorder, cannabis use disorder and methamphetamine use disorder.

Respondent disputed his diagnosis, but endorsed beliefs and exhibited symptoms during the hearing consistent with those describe by Dr. Keller as symptomatic of Respondent's diagnosis.

Based upon a consideration of all evidence presented at hearing as set forth above, the Referee finds clear and convincing evidence that Respondent suffers from a mental illness.

The Court orders the following:

1. Respondent is placed for a complete psychiatric evaluation and appropriate treatment at MHI Independence pursuant to Iowa Code $229.13. The Respondent's actual transfer to placement at MHI Independence is subject to the term of Respondent's present incarceration, if applicable, and a safety and security assessment by MHI staff. Interested parties should verify the Respondent's actual placement before issuing correspondence to or visiting in person with the Respondent. Respondent's present incarceration is IMCC, Coralville.

2. Pursuant to federal law, Respondent shall not ship, possess, receive, transport, or cause the transport of any firearms or ammunition. See 18 U.S.C. $922(g)(4).

The court further orders that the clerk shall notify the Iowa Department of Public Safety of the firearms and ammunition prohibitions set forth above.

Respondent is advised of the right to request a placement hearing in accordance with the requirements of Iowa Code 229.14A. A request for a placement hearing must be in writing and filed with the clerk of court within seven days from the date of this order.

It is further ordered that the Chief Medical Officer or Physician-Designee of MHI Independence shall report no more than 15 days after the Respondent is admitted to the above mentioned facility, making a recommendation for disposition of this matter.

The Patient Advocate shall have access to all charts and records relating to the treatment of the Respondent.

Note: The Respondent may appeal from this order to the Judge of the District Court by giving written notice of the appeal to the Clerk of District Court within 10 days after the date of this order. The appeal may be signed by the Respondent or by the Respondent's next friend, guardian, or attorney. For a more complete description of the Respondent's appeals rights, consult section 229.21 of the Code of Iowa, or an attorney.

_X_ Additional Orders: An Order Appointing Advocate has been filed herewith.

If You need assistance to participate in court due to a disability, call the Disability Coordinator at (31)398-3920 or information at https://www.iowacourts.ov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

Dated this 22nd day of May,2020.

_____

Adam S. Tarr

Judicial Hospitalization Referee

Cc. State: Mike Brennan

Respondent:  Attorney Sandra Hart

Advocate: Cherie White

Facility: IMCC

I am locked up on actual innocence.At My Arrest, I hollered, " It's a deep fake" and that should have been a huge red flag as I was in my own home. I did not commit a crime and I should be free from illegal search and seizures. There was no probable Cause hearing once competency was called into question per rules of court.  Bruce Huckfeldt Sr. admits to superimposing my crime. He is unremovable by me on my neural network.  Which is the cause of my lack of legal responsibility for my actions. Him, My Mother and the Primary over my Government Study. Them having full control of me makes them legally responsible for my actions and not me. Miscarriages of Justice have been the nature of my life due to their abuse. 6 years ago it was established that my whole life is public, so even if I have an impaired event, the general public sees both. They see what I see and what is impaired.

There was supposed to be a hearing to establish probable cause when my competency was called into question. Because there was not, my case should be dismissed per due process rights. Specifically the due process rights of the legally incompetent. Which is what MHMH017734 is, a legal and lawfully recognized order and defense.  I am not legally responsible for my actions. So when someone accuses my incompetent self of a crime due process requires that a probable cause hearing  be  had to determine if therewas a crime committed and if there is cause to apply the law. On my case there is not. Also I am charged with Attempted Murder and Burglary 1st and Willful Injury.  That is 60 years with 70% mandatory on the first 50 years.  I did not hit Michelle Formaro with a hammer. As noted by Tracy Thomas the court appointed evaluator. Polk Sherriffs Matt Hadsell and Jason Hadsell also.  I have a bed in the basement of 408 E. Dunham.  I have received mail at 408 E. Dunham. Even from Chime and IOWA EBT, the OBAMA PHONE also. I have more clothes and hygiene items at this residence then I can carry on my bike. I also have two other bikes there in the garage. I am known by police and neighbors and DHS and friends to live at and frequent this location over a number of years like 11 of them.  Michelle has spoke to say that "this is Brians house" and that I am always welcome there and that no matter what she says out loud that I can always come back. Michelle has also said that If I can hear her then I will know what to do, but if not then I am going to jail multiple times. But sometimes I did not go to jail. Michelle claims to not tell on me for anything I do that is criminal only what I don't do. Bruce Huckfeldt Sr and Michelle Killen (Formaro) are tight and I hate her.  I have been funneled back to her house thru a process of elimination by kicking me out of everywhere else I go. People were coerced into doing so. West Des Moines Police came to the residence 408 E. Dunham  to investigate something about Walmart on 8th street and I answered the door just days prior to this incident taking place. I spoke to the West Des Moines Police Officer and told him I did not know about his inquisitions and that I was not there or involved.  He stated that I looked like a big bald guy named Tyler Formaro, but I assured him I was not him. I did not produce an ID nor did I tell him who I was out loud.  But I did tell him on the Neural Network my name is Brian Huckfeldt. I was the only one home at this time.  The date prior to this incident  Michelle called the Des Moines Police and accused me of assault.  While she was on the phone with the police I left the residence, as I had not done an assault, but was being falsely accused.  While I was walking away the Des Moines Police came, this was about three blocks from the residence, The female Officer made a command, I spoke to her telepathically to explain my innocence, with visualizations of what happened. As a result she made no further attempts to make me stop to be arrested. This was done with about a block in between us.  On the date in question I was asleep in the

bed at 408 E. Dunham.   When Michelle Formaro came in the bedroom she handed me her cell phone to show me that she sent me $50 dollars on cash app.  I tried to accept it but I was not logged into my cash app on her phone and tossed her phone onto the bed.  Then I saw what I later claim to be a deep fake. Because during this, a pool of blood appeared so fast on the opposite side of Michelle from where I saw the strikes hit, it was impossible to be reality.  This pool of blood was on Michelles right neck and shoulder, but I saw the strikes to her left side. Forensics would have know this right away. I am right handed. {I see The Hammer was in my right hand, but believe it to be superficial. } I see Michelle get up out of the chair and walk off with out so much as a limp. No blood on anything and not any on the chair. At my arrest at HyVee I claimed "it's a deep fake" as officers had guns drawn.  Bishop V. U.S.350 U.S.961 The state concedes that adequate protections must be in place to protect the rights of the legally incompetent and that no guilty verdict can come against me without violating due process.  Such is the case of violation here. As a result of group prejudice this illegal detention has gone on for 11 months, on known innocence.  I suffer cruel and unusual punishment and more as a result of my disability and discrimination. Due to my rights to a speedy trial being circumvented the only remedy is absolute dismissal.  I have a right to be free and secure from illegal search and seizure which is how you know the state acknowledged this since I was busted with two meth pipes and they were not filed on the trial information since that was the only crime I was guilty of. But it was a Brady violation, fruit of the poisonous tree.  I have a constitutional right to privacy in my own home. I have a constitutional right to life, liberty and the pursuit of happiness. I believe the reason for my arrest is to end the cause of my competency. Also there was no actual 911 call, but my paperwork said the 911 call was for assault.  The nature of my arrests for the last six years has been on false allegations, or where no crime occurred in the eyes of the law and on known innocence. Actual innocence. Michelle has been a part of many of my arrests for 11 years, working with Bruce Huckfeldt to conduct these in the way they have been. I have to be innocent in the end. Per their scam agreement.  This scam agreement involves my mother also and started back in the 1980's, with me being forced to play doctor with the other baby sitting kids. This was rape by pedophiles. This is the longest road with the most hurt and the highest amount of frustratrion, as how it began.  My mom Lori Bachman will confirm this stuff 5159713379. Bruce Huckfeldt senior of 350 ne 56th st. pleasant hill iowa conspired with my primary on Dr. kellers physicians report and Donnie Frank Millard(Donnie got involved in the late 90's or early 2000's) to use me to fight and rape.Donnie is a registered sex offender with homosexual tendencies and a preference for little girls.  I have been in a lot of fights since 2006. Bruce Huckfeldt Sr and My Primary were raping me when I was a little kid. These pedophiles were making me play doctor with Emily Goebbel, Laura Goebbel, Brianna (last name unknown but she was a babysitting kid of Lori's also and Matt.  All the homosexual acts in my life are rapes by the same pair, Bruce Huckfeldt and My Primary. Bruces story is that he is just doing all the stuff with my primary and the pedophiles to watch out for my life, but Bruce is a threat to my life, liberty and pursuit of happiness.  Bruce has been the main antagonist, has never suffered a injury nor a threat that I know of. As he is truly on the side with the bad guys.  Bruce was raping me in the 80's and blames Donnie Frank Millard for the rape of Elexis in 2012 a 2 year old. Because Donnie is a registered sex offender. But Donnie said he would be to blame but truly is not and cant be.  As these rapes of my person are not possible without Bruce, Lori and my primary. A registered sex offender is a easy target to blame for a sex crime verse Bruce a suburbanite. But Bruce is a lifelong criminal who just got lucky enough to avoid arrest. Bruce and the Primary put the fear of civil commitment in Donnie Millard verse

them two and as a result bad stuff happened. But Bruce claims responsibility for killing Tonya Kelley by stabbing her in the neck with his medical degree to sever her carotid artery causing her to die of asphyixiation due to her lungs filling up with blood. Tonyas mom sent me the headstone that says Tonya Marie Kelley on it and is kind of a basic headstone. I truly loved Tonya and I know that I killed her. The fake story of my attempted murder on Michelle that I truly killed Michelle but if I had that would have been repressed or impaired from my reality only charging me for what I saw(and not for what "actually happened"), is a recreation of howcome I saw Tonya after killing her in the Tunnel, except Tonya was superimposed then. And Michelle was superimposed to begin with because my case is a deep fake and the cause to apply the law lies with the death of Tonya Kelley and the public knowledge of this is how Michelle reflected said knowledge with her participation in Bruce Huckfeldt Sr.s recreated superimposed event leading to my arrest.   Eleven months where no crime occurred in the eyes of the law per charge is a lot of loss of liberty after 21 years of illegal detention.  All on appeal via Post Conviction Relief. Writ of Certiorari and HABEUS CORPUS have been filed by me on my behalf.  This letter is in reference to FECR366211.  Please take corrective measures.

My knowledge of the Neuronetwork and its abilities is vast. Telepathy is real. Peoples ability to affect me with thought control is serious. The nature of my diagnosis is understood. I am legally schizophrenic. The excuses of a meth induce psychosis and pot disorder are ridiculous- these are scapegoats to excuse the lack of honesty surrounding the incompetent. As well as the impaired mind. However I am rather intelligent and diligent. I am not dangerous. Rating my dangerous is like saying "You will take the blame for the cause of your competency."(Which means other people.)  I do not meet prongs of law. There was no criminal intent on my part. I could not unchoose the fake action. I do not meet sell factors. I am innocent.  I aim to gain legal responsibility for myself if you will let me. By ending the cause of my competency issue.  Removing my mom, dad and primary, over my government study, off my neural network would accomplish that. And secure it to myself.

Also, during my walk thru downtown I spoke over the neural network to say that I could not unchoose the action.  I said this many times. I also said that I am going to Kill Michelle Killen. This was also an unchooseable action. I could not stop saying or doing what I was doing as is the nature of schizophrenia. Not being able to freely choose to do and say what I want on my own is the nature of schizophrenia or other peoples choices over what I do or don't do. Schizophrenia which I am lawfully diagnosed to have and legally recognized in court at prior proceedings. As such when they called my competency into question a probable cause hearing should have been done to consider if I even did a crime. 11 months and counting and I suffer cruel and unusual punishment everyday because of it. Per  STAYED RULES OF COURT PROCEEDINGS, my case should be thrown out for due process of law violations.  I have asked for a bond review but never got one. I had to fire David Hosack.  That was done in July.  These proceedings against me have shown a willingness for the courts to discriminate on my disability and to prejudice in unethical ways against me. The nature of competency means the courts reflect a high tech element to my case proving knowledge of neural network abilities and features... Citing competency is like saying hey lets prejudice our decisions in a group conspiracy to adjudicate this innocent and convict him for his guardians. I have always been sentenced in place of other peoples responsibilities. Other people are responsible for my actions.  Other people have control of me. My Mom, My dad and the Primary over

my study but the general public can affect me also. This is why I seek Dr. Keller's Physicians Report and to use it for my defense. Their control is out of my control and is conducted thru accessing my neural network in a fashion I can not protect myself from. As I have three people unremovable by me on my neural network causing my legal incompetence and schizophrenia. There is also the ability for the public to access my person in a similar fashion to the unremovables.

Michelle Killen had a JOB from, im guessing Donnie Millard. To make sure that I knew for sure that she does that. What came about was that she has let grown men or anyone sleep with her children sexually all their lives. There are four of these children. Courtney approximately 22 years old, Tori 20 years old, Olivia and Chloe twin 6 year olds. Apparently Michelle Killen has done this all the lives of these four kids until they grew up enough to decide for themselves. The JOB was for me to know for sure out loud that Michelle does this to her kids and Michelle told me that either I accept that I know it or she was going to make me have sex with one of her little kids. So I spoke and acted like I did know. But I had never and still have never actually seen pedophilia except when I was being raped. If I have it is repressed or impaired. These things sound like the conspiracy to defraud the government with David Barajas and all the sex abuse that entails. Matt Konrad let me see him with one of the toddlers pants off his as well. As a result, the "I cant unchoose the action that I am going to kill Michelle Killen" because then I knew child abuse took place in this home. Donnie Frank Millard would kill to keep that a secret. Per the death of Diane Mitchell. Also Michelle figured that she would start the rumors she is a child molestor to say that it was just a role she played for Neuroscience, but her affiliation with Donnie Millard and her accusation that he molested my brothers kids is in my paperwork, to be adjudicated about later on.


Michelle has spoke to me on the phone with Jaki Livingston listening and expressed that she did not wish for me to spend the rest of my life in prison and that I get the help that I need. The help that I need is to overcome my disability. I have wrote Jaki Livingston extensively trying to explain my case and the need to cure my schizophrenia by making my mom, dad and the Primary over my government study get off of my neural network. Them being on there is what makes me not responsible for my behavior. They are unremovable by me and the ability of the features and settings that they control of my neural network is also what makes me not responsible.

The premise to my case is "We SEE what Huck sees" or else there is no case. As there is no 911 call. It was done telepathically. "agreed to the process" Whoever is in that agreement is not me, because I did not agree to come to jail to be abused to give cause to the law to remove Bruce Huckfeldt from my neural network as he is the main person abusing throughout my life and is the hardest to deal with. Exculpatory Evidence has existed the whole time and it was the states duty to turn that over to me and to act lawful and according to what they know to be true. Also Bruce Huckfeldt Sr. intend to cause so much financial liability to the federal and state government who are liable for whatever happens to me that this is a last ditch effort to pay me off for the abuses that I have suffered to his pedophilic disorder. The liability of his actions to the government is in the millions. I am a client to a government study!

I have researched schizophrenia. 23,987 cases gone to appeal on FASTCASE law library. Neural Network 568 cases on FastCase. Neuroscience 1869 cases. Schizophrenia 23,987 cases. Schiz, 1036 cases. Tara m. VanBrederode 86 cases. Charles Grassley 328 cases and Chuck Grassley 114 cases. Those were the search terms I entered to gather those numbers.

The schizophrenics are all miscarriages of justice. When the innocent go to jail in lieu of the guilty this amounts to a miscarriage of justice. Citing commonplace to schizphrenics is like saying my ethics include adjudicating the innocent as the guilty and ill do prejudice in the court room to prove it. The constitution is made to be upheld no matter what. Having a right to sue for financial liability as a result of all these violations to my constitution is not proper. I am due millions. This is being done intentionally. I have tried and done my part to make it stop. There is no reason for a schizophrenic to go to prison because our primarys are raping us or making us kill people or using us for a sexual muse.There were times being raped played so heavily in my mind that I would not shower for days and would not wipe my butt after I went to the bathroom. I grew my hair out to be less attractive. Its still growing. It's the year of the horseshoe, ive said, because the horse shoe isn't the best lookin hair style. I also wanted to unaffiliated myself with the "big bald guy" applied context like im racist. I never was. How now does that sound like commonplace? These misadjudications have resulted in my loss of loved ones, and for other atrocities plagueing this community. I have lost people I love. Covering for these criminals in the name of neuroscience in the name of GOD over country and family, I could choose NICEr criminals…. My brother Bruce Huckfeldt JR and I are permanently disfigured. He is not a client to a government study. I am. The study is over. Has been over. I am at the advancement stage to overcome its oppressive nature. 11 YEARS of malicious prosecutions and I was never afforded due process nor guilty of a crime. Did my primary get charged or my mom and dad? No. NO crime occurred in the eyes of the law. A metaphysical cop car disappeared so I could do a superimposed high speed chase in 2013, otherwise there was no drive forward. I was busted parked on the fence with Jesse Walker. DMPD "longer high speed chases have occurred" in reference to my 2003 arrest at motel 6 on Fleur. I did not have a NCO with Michelle Killen when I got 32 days in jail about two years ago. I did not have a NCO when Bruce Huckfeldt claims I came to his house AUGUST 2022 per his fake ring video. Polk court was without jurisdiction to sentence me for a Dallas County No contact order, also there was not a Dallas County No contact order. So Becky Goettsch issued one on 1-4-2023 and a violation contempt charge of it. However this was an abuse of discretion on her part. I have complained to Tara m.VanBredrode. As well as the Ombudsman and will continue to complain. In Steele County Minnesota I got a Fear charge, a Domestic and one more 5 year charge. Prior to this event I told Michelle that I cant stop. This was at the hotel near the mall of America. I did not have Michelle kidnapped in this hotel as she later stated. Furthermore, My mother Lori Bachman admitted to riding my device to make me say the threat to michelle that lead to the fear charge. I later plead guilty to a year probation and had Barry Catadoris represent me and Travis Ernste as a PO and Judge Karen Duncan was who sentenced me. I wanted to use                    a defense but was unable to get the document at the time and did appreciated that the legal mess that would entail would consist of taking longer to adjudicate my case. 15 years 85% was plead to a year

probation, so you see why I took the plea. Furthermore at the culmination of the case in January or February the following year, the case was closed. So there could be no No Contact Order from Steele County For Des Moines police department to arrest me on and give me 32 days in jail where Kaitlyn Dimaria got me out. So again I wAs without due process and had to fire Daniel Herting for ineffective counsel, because on day two in jail Herting had the exonerating evidence of me with no NCO notice or active order. Polk court was without jurisdiction to impose a sentence for violating a Minnesota No contact order. Javi Colburn accused me of eluding while threatening to backhand me in his squad car. Dash cam threw out the case because no eluding occurred. I still went to prison. My PO wrote up stuff after case dismissal to send me to prison. Why? Who do these people listen to? AnkenyPD  burg case, Brandiejo Chumbley told me on the phone to go to Katie Rosencrantz apartment the door would be open and to walk in and it was and when I did I asked for brandiejo and she was not there and Katie said no she wasn't there. So I left the way I came. Because I told david Barajas that Brandiejo told me on my headset when in fact she had told me on the phone, my competency was called into question. As a result of competency being called into question , there also should have been a probable cause hearing to determine if there was a crime committed, there should not have been a guilty verdict entered against me. As with MHMH017734, I am legally incompetent, whether it was lawfully recognized back then or not. Either way my competency was clear to the courts. I am real intelligent and use crowd sourced information to battle my legal issues.  I was set up due to my disability by Troy Comstock, and Bruce Huckfeldt sr in 2018 at lakeshore. Bruce Sr thought it was so funny to make me by way of controlling influence to do all that I did leading to my arrest.  Minnesota arrest is a deep fake (in the sense that I did not hit Michelle Killen at all ever) I got probabtion and tied to my abusers, people I do not want to be around. Michelle Killen and in this community. Michelle killen has worked with Bruce Huckfeldt sr for years to affect all my arrests over the last 11 years and they are all being fabricated by them two. They have others helping them also. This system of abuse of discretion, discriminatory arrests violating my constitutional right to freedom making me suffer cruel and unusual punishment every day is tortable. I have not in six years knowingly or willingly done a crime for which I was arrested. My diagnosis will accompany this letter to corroborate.  If you appreciate my child hood, you can see why Bruce Huckfeldt sr has adopted a system of abuse rather than a system of advancement.  If you ask me David Barajas is his coconspirator as David said he was keeping track of injurious action to sue, but would make most of that an end game process as in not a way to stop the injurious action,  per state law to protect Bruce sr from arrest and not per his representation duty of a lawyer representing a dependant person and witnessing said criminal crueltys and not properly reporting, makes it appear David is with the defraud the government of financial liabilities story due to the injurious actions Ive suffered. Per his witnessing. David Barajas claimed witness but did nothing for 6 years to stop the sex abuse or torture or sexual harassment that he participated in. David Barajas harasses me in tandem with Bruce Huckfeldt Sr. the worst abuser of MYLIFE. Ive warned David Barajas with Law enforcement assisting me in a similar fashion to his harassment. David Barajas trespassed me from his property for no reason, Again these are tactics from my abusers to trespass me for no reason.    I have requested David Barajas to not communicate with me at all same with David Hosack. For similar

ineffective and tactics that tie them to my oppressors and abusers. As in not on my side at all. I wasn't allowed to ask a question for nearly 6 years without people lying, getting hostile or acting like if I did it would lead to a fight. This was part of the censorship of effective communication to hide the abuses and obstruct my advancement. I have had Presidential Intervention from the abuses I have suffered.Joe Biden represented that he knew the situation and that I was in harms way by making it sound like he rented me a hotel room in Florida while walking and a heavy topic of pedophilia being publicly broadcaqst, which brought threats to my life. Aprroximately five or six times Donald J. TRUMP " hit the easy button" like the commercial with the red easy button. This was because Bruce Huckfeldt Sr was mentally torturing and sexually abusing me and sexually harassing me with all sorts of high tech deployments to antagonize, frustrate or otherwise bother me in an unwanting fashion. Dr. Michael Huston was involved in evaluating my competency around this time and Bruce Sr used to say Michael was using Bruces voice. But this was Bruce hiding Bruces abuses. Bruce has used other peoples likeness to hurt me. There was Central Intelligence Agent affiliated with this process that seemed real to me but I believe would have been a trap had I ever reached out for help in some other fashion than over the neural network. Like that was a person I could go to for help but would turn out to be a bad guy. Im not sure. Dr. Asaad from IMCC told me that I have large memory blocks, during an earlier evaluation. A fake resoration of mental health. Another ruse to abuse my constitution.

Many people have stepped forward to help me Jaki Livingston, Tracy Thomas, Michael Huston, Dr. Gary Keller and Abe Asaad. These are Forensics Experts that can confirm stuff related to false memorys, the nature of why I might have some of those. What competency and schizophrenia have in common. What the courts do when RULES of COURTS are not followed thru with. I have written to Judges, The Bar, The ACLU, The Ombudsman, The Governor, Chuck Grassley, Joe Biden, Donald Trump, the clerk of courts, the county attorneys office, the public defenders office, multiple attorneys, and many of these things multiple times. Obstructing Justice has occurred. The amount of difficulty being deployed into MyLife is absurd. I really do know the truth and what the neural network can do. Which is what people hold more valueable than GOD, as no gods exist. We pray to our brethren near and far thru our neural network to whatever we communicate about. We ask for help from other planets, interplanetary people just like us. More intelligent as we are not as advance as they are yet. There is space colonies, built in space. Space ships with millions of people on them. Infinite life is about having a place to live that no cataclysmic event could end. So we would be so spread out thru the Universe that a "meteor" so large could not come thru and wipe out all life like to crash our whole solar system.

By a preponderance of evidence I have proved knowledge of said factors relating to the cause of prejudice and miscarriages of justice against me. I have also proved the neural network real and been a a part of advancing our understanding of it and how it works.

Also the nature of my arrest has a high tech element to it. Sherriffs have told me that on the day in question that I did not hit michelle formaro with a hammer. As a result, a superimposed alternative reality was inserted into my brain via the neural network while impairing reality, and although I saw

both, the deep fake(hammer assault) since y'all see what I see but don't comment much enough on what is impaired, the reality is that I am really innocent. Its possible I don't know the truth of the situation out loud and I am relying on a forensic expert analysis to help me with that.

I believe that since the unusual nature of how Bruce Sr tortures me and veils his criminal responsibility with neuroscience after six years of heavy abuse and harassment from him, the state should intervene and help me with whatever it takes to overcome my barrier to success. Bruce is one of the ones blocking stuff and obstructing justice via my neural network. Bruce Huckfeldt also has a motive to get me out of the study, but also he has agreements with the Primary to do stuff, soBruce does crime of his own accord without being told to. Like they all do their parts. Bruce is the worst one who treats me the worst, is the meanest to me, Bruce stole my inheritance from Donna Jean Huckfeldt in Scott County of 25,000$. but hes so mad at his lifes choices that he ruined his own life. Bruce conspired with my primary in the 80's to do pedophilia and murder. I requested a forensic evaluation to find all my abuses. This makes Bruces involvement in a murder genocide. Same with Donnie Millard, if hes involved with murder- I am not involved in their murder conspiracies. I do know several of the dead were my true friends. I do count I have been raped more than 50 times in my life. I was told 60 by someone. But it might be near 100. Polk Sherrif Ashley Rangle would likely have input on that. As Well as Dr. Tracy Thomas, and Jaki Livingston. Chuck Grassley is keeping track. These people set up Tonya Kelley to kill her before it ever evened happened.

I read an article by Elizabeth Mertz called A Dangerous Direction, Sexual Abuse Survivor. There were lots of references to Psychologists, Forensics, Forensic Psychologists concerning the typical to child sex abuse victims with memory tampering. I am a survivor of child hood sexual abuse. I have been abused sexually for 36 years and I am 41 years old. I have been unable to escape my abusers because they are unremovable by me on my neural network. The neural network is the only way to repress memory or recovery it or insert a false memory. False memorys are typical to childhood survivors of sexual assault. Science is still studying this with sometimes PTSD and flashbacks and other signs of trauma, HIGH TECH Device is implanted in my head. We communicate with this in masses. I have a million witness's right now that will confirm I am being abused by BRUCE HUCKFELDT SENIOR OF 350 ne 56th street pleasant hill. Iowa. 50327. Bruce Sr has also throughout my life made me engage in homosexual activity and there are about 20 events as an adult and I am not gay. But 50 thruout MyLife. This is an influence he make me do. Its rape. Bruce sr threatens to kill me and mass harass people. Bruce has violated the law of sex crimes in the thousands. Per my witness's. I seek a lifetime protection order on him and my mother LORI BACHMAN and My primary so named on Dr. Keller's Physicians Report. For all intents and purposes if I named a person on this document then they have something to say about what is going on, witness on my behalf and otherwise strengthen my resolve for overcoming this overcomable acquired disability.

My dangerousness was rated on my diagnosis. But so should be the dangerousness of those unremovable people on my neural network as they are the ones with the control of me. Bruce Sr claims to kill people, set people up to kill them, threatens to kill people, threatens to have others killed, to not give a flying fuck, Bruce hates everyone, Bruce has sexually exploitated minors in a public fashion, Bruce claims to be tied up with the mob.Bruce has committed thousands of crimes on me publiclyincluding

kidnapping. Bruce has publicly committed thousands of crimes veiled in neuroscience to get away with it. Pedophilia is one of them. With multiple victims. My whole life is visible on the neural network. Whats edited or impaired or repressed others can still see. We can still communicate about.


Prejudice exists in my presence in the court room because of my disability. I need help overcoming this. These miscarriages of Justice have lead to the death of multiple people in the metro. I don't have firsthand knowledge of any deaths to report. But either people are playing dead and faking their death. And any other deaths that are tied specifically to Donnie Frank Millard, a registered sex offender and federal level informant since he was about 17 years old. Ask the FBI Donnie proffered to. And then ask Jaki Livingston. I do realize I am at the center of a scam to defraud the government. Bruce Huckfeldt and Michelle Killen and David Barajas and Donnie Millard conspired to abuse me in violation of PREA policy at the jail per their zero tolerance policy were into the thousands of violations of that. And this system of questions and answers would dictate how my day was going to go. I would never be a part subjecting myself to such abuse. I would rather be broke, homeless and free than in jail being abused. And I proved it. By living under bridges rather than in an abusive environment. Bruce Huckfeldt senior tortured me in the cold to make me go to Michelle Killens house. Last December. 2022. My witness to some of that Torture were workers from the Kum and GO on Guthrie near East 23rd. around that time of the year. As well as people that acknowledge that my whole life is public except when they use me to rape and murder and repress. These individuals involved with this would have seen me do high tech stuff. I haven't seen Tonya Kelley since 2012, any sightings were not a person I would recognize and we haven't been friends since 2012. As to her I am a woman beating piece of shit and she accused me in court of forcing someone into sex. This was done in front of Lawrence McLellan, whom I believe allowed a person to be superimposed into the courtroom, and make inflammatory statements against me,  the judge where I was seeking a lifetime protection order from Tonya Kelley and Bruce Huckfeldt sr for them subjecting me to rape, participating in rape and kidnapping and torture and the two of them have told to have me locked up too many times, especially when I didn't deserve it.   Bruce Sr still superimposed sexually explicit materials exploiting children. If all this pedophilia today is a fabrication it doesn't change my permanent disfigured anatomy or my brothers nor does it change that pedophiles were raping me, Emily Goebbel, Laura Goebbel, Brianna (last name unknown, but them two girls know her too) and my neighbor Matt. Dr. Tracy Thomas confirmed a simultaneous rape in my memory, impaired or repressed from 2012. I believe this to be the cause of other deaths, to keep it a secret. Possibly resulting in the death of Tonya Kelley but Im not sure. As an impaired of event would be to a schizophrenic. Whats typical or commonplace to schizophrenics? Being raped and sexually abused. Or used to kill to cover it up.

When my case FECR366211 was put on Stay a probable cause hearing was due. Since I might not even know if a crime took place. One did not. Because due process right of the legally incompetent under Bishop v. U.S.350 U.S. 961 no guilty verdict can come against me anyways, without violating due process of law. And those protections must be adequately coming from the state. Since my due process rights were violated my case should be thrown out. Any evidence gained from me would be a Brady violation and exculpatory in value. Tanner Beery DMPD said my charge is a deep fake.

With prior bad acts, all false pretense arrests on me since 2013, this really needs judicial review for procedural error, structural error, all the errors of prejudice the courts have done against me. It is known that no crime occurred in the eyes of the law and that I was locked up on actual innocence. As are schizophrenics. ALL schizophrenics.

In 2013 I spoke about writing a book called Clinically Schizophrenic Socialy Sane as a way for me to know that I spoke to my friends about the cause of Tonya Kelleys throat cut and the nature of the event surrounding that. This is a sign I can hear because I was talking about me being schizophrenic before I had the diagnosis and before I ever got told that out loud.

When I make complaints of anything, something powerful obstructs justice. Either Iowa is Major crooked or its NEUROSCIENCE. Ive been publicly witnessed being raped and sexually abused, protecting my abusers in the name of neuroscience is what I refer to the off task tour, a violation of the NATO agreement. Because these billable hours off task being and conducting pedophilia, sexual abuse and genocide is not what my study consists of. My Family members are dead. My friends and loved ones are dead. My government provided a miscarriage of justice resulting in more death. The Local FBI has proffered information to set me free and remove the government rep off my neural network and ending my involvement in this government study conducted over the neural network. The genocide number directly related to the pedophilia has to come from the FBI, I could only guess that its close to 20. With others related to that. This pedophilic circle claimed responsibility for any murder they could try to connect with themselves to further their pedophilic agenda. They also claimed to be behind accidental overdoses too. A Fear tactic to scare people into not telling on the pedophiles or not to get in their way. My knowledge of lots of this was obstructed as others tried to prevent me from knowing the truth around me, I have way too many dead friends to think its nothing. This was well hidden. Ive heard that My Primary told Des MOINES police to look the other way, protecting a registered sex offender. Regarding murder and pedophilia. This means that others have had the cause to apply law to remove my Primary and since I didn't know this stuff out loud covered it up in the name of neuroscience. But this miscarriage of justice repeatedly cost life.

Officials knew and denyed humane conditions with deliberate indifference to safety putting me at excessive risk to health and safety. Officals are aware of facts of serious harm, the risks exists and officials are liably wanton.

The4th Amendment prohibits detention absent probable cause. The evidence was made up. Resulting in malicious prosecution violating the 14th amendment and others. But specifically the due process clause of the 14th amendment.

Attorney John Heineke and Judge Jesse Ramirez knowingly accepted false evidence against me discriminating on my disability in the court room because I wouldn't say what Jesse Ramirez wanted me to say about it in the court hearing. I was offered 15 days for this no contact order violation. I gave John Heineke a 120 example of Bruce huckfeldt violating this same No Contact Order and then was sentenced to 120 days. Completely frustrating.

Ive filed to dismiss my charges multiple times and sent letters to the judge. Judge Michael Huppert explaining why the state should throw out my case. Its on the state to comply with the due process rights of the legally incompetent which is why that diagnosis accompanies this letter to the courts and everyone I am trying to get to help me even in congress and other people I feel can help me get justice on my behalf. Being incompetent legally schizophrenic means I am innocent anyways. The Justice system has a saying somewhere its better 10 guilty go free than one innocent be jailed.

Malicious intention to deprive me of constitutional rights defeats executive officials from their immunity. State v. Wilson 941 N.W.2d 579, Brady v. Maryland. Bishop v. Us.350.US.961, Chapter 669 aboutwrongful imprisonment. I have never knowingly or voluntarily entered a plea. I have been schizophrenic since I was drafted by the government into this study. Other people control of me is what makes my pleas not voluntary. Annette Hitchcock knows I lied at sentencing in 2001. These were false coerced confessions. A motion to dismiss per involuntary pleas and competency should follow. The state had a duty to disclose exculpatory evidence. Failure to disclose exculpatory evidence rendered an inaccurate verdict. All convictions must be over turned. Rule 2.33(2) requires dismissal. If a reasonable probability exists that but for counsels unprofessional errors the resulting proceedings would have been different. After the state failed to file a motion to dismiss after violating the speedy rule inter alia. Whats common isn't legal. Criminal prosecutions must be concluded at the earliest possible time consistent with a fair trial to both parties. The state has not shown good cause to circumvent my speedy. The county has imposed sentences on me without jurisdiction multiple times. This shows prejudice. I should not have to file or motion to correct illegal sentences because the state knows that these sentences are illegal. There was no moral blameworthiness on my part per FECR366211 a motion to exonerate due to no formation of requisite mens rea. The complaint is based upon false testimony and I would have difficulty getting that truthfully document to argue in my defense. The courts use developmentally appropriate language with me as to not affect my competency issue, again unethical and prejudicial. A psychological Symptom, a delay in ability to false memories. Suggestability. Coached Sensory details.

I got the legal diagnosis in Iowa Medical and Classification Center with Dr. Keller boring witness to Dr. Abraham Asaad riding my device to execute the action of a punch, the process was repeated with willing participants, me too. After this was done it was explained to me that I am schizophrenic and I was lawfully diagnosed. That I had My mom dad and primary on my neural network as unremovable by me causing me to not be responsible for my behavior. This was in 2020 and I had known quite abit about the neural network at this time. However prior to this I could have privately spoke about any common stuff on the neural network as far as how does it work. Its just impaired in my out loud speech.

People I believe to be dead, possibly connected to all this. Tonya Marie Kelley, Nate Potter, Cory Channon, Tanner Sellers, Diane Mitchell, Cyrus Hicks, Michael Chandler, Ralph Bills, Eric Naylor, Johnny Goodsell, and there are others, its not hard to spot who I know. And Mike Huckleberry.

I cant attain the capacity to appreciate the charges in a short period of time. The impairment in the parting of my mind would have to be removed. The only way for me to be competent to stand trial would be to remove the cause of my competency. That would be to secure my neural network to

myself. So a ruse to restorate would not fix anything. It would be a discriminatory prejudicial thing to consider effect for my adjudication. Medicine is not medically appropriate for schizophrenia. Neuroscience is not treated with medicine. I have no underlying defect. Putting me on pills would not make my abusers treat me any better.   There is no cause to apply law to force a change in setting or feature of my neural network except when injurys would require for safety. I am not legally responsible for the injury related to my charge. There was no proximate cause. I was not negligent nor liable. Function in limiting scope of responsibility. Summary judgement is due , because there is no genuine issue of material fact.   Decisions against me this time and others does not take into account a totality of circumstances. Everytime I have been charged with a crime the state failed to disclose exculpatory evidence and sentenced me in a cruel and unusual punishment way.   My attorneys are consistently ineffective and defenses known to the courts on all my sentences were not considered at the time of sentences and sentence must be vacated. All my sentences are illegal because schizophrenia was never considered at the time of sentencing. Americans with disabilities Act. Suppression of the evidence favorable to the accused violates due process, so how come the courts never told me I was schizophrenic before the doctors did? Prejudice and unethical behavior. Again whats common is illegal and unconstitutional. When the evidence is material to either guilt or punishment irrespective of good or bad faith of the prosecution it violates the 14th amendment. Evidence has always existed to change the outcome of these sentences. Undisclosed evidence from the state allowed them to enter illegal sentences on me violating the 14th amendment and others. Equal protection is due. I have sought declatory relief. I have requested an injunction to stop these injuries. The 4th amendment prohibits detention absent probable cause. I am a wrongfully imprisoned person and I know it and it is tortable. I have a lengthy list of injuries to sue for. I could be in jail costing tax payers thousands of dollars every day. I pray the abuses stop.  I am truly an innocent.

I have tried to appeal to people to get the help that I need as a schizophrenic. To Bring awareness to the issues schizophrenics face. I have written much but my life is also public as I am a study. People that would open repressed memories could know a lot about my life and would see alternate versions of my life. Some would have seen this stuff happen live.

I am entitled to disability due to diagnosis. Please help me get the government benefits that I am due. I served 41 years straight to all people on the neural network for the United States of America. I am due relief. Please help make the mental torture and sex abuse stop.

Thanks for listening and considering my needs for help.

BRIAN ANDREW HUCKFELDT

Huckfeldt, Brian  N2316

**Polk County Jail**
**1985 NE 51st Place**
**Des Moines, IA 50313-2517**



FIRST-CLASS

US POSTAGE PB PITNEY BOWES

ZIP 50309   $ 001.35⁰
02 7W
0008027039 NOV. 17. 2023.

Writ of Habeus Corpus

Polk County Clerk of Courts
500 Mulberry Street
Des Moines, IA50309

POLK COUNTY CLERK OF COURT
CRIMINAL COURTS BUILDING
110 6TH AVENUE
DES MOINES, IA 50309

FIRST-CLASS
AUTO FLAT

US POSTA

ZIP 50309
02 7W
000802703

US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
123 E. WALNUT ST., SUITE 300
DES MOINES, IA 50309